**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessie Adams, | No. CV-26-00042-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Sergio Jimenez, | |
| Defendant. | |

On March 2, 2026, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Plaintiff Jessie Adams' Complaint for a Civil Case and an Application to Proceed in District Court Without Prepaying Fees or Costs (Docs. 1, 2) without prejudice. (Doc. 8.) The Magistrate Judge informed the parties they had fourteen days to file objections and an additional fourteen days to respond. (*Id.* at 3.) The time has passed, and no objections have been filed. Upon review, the Court will adopt the R&R and dismiss Petitioner's § 2254 Habeas Petition.

IT IS ORDERED:

1. Magistrate Judge Macdonald's Report and Recommendation is ADOPTED. (Doc. 8.)

2. Plaintiff's Complaint for a Civil Case and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) is DISMISSED WITHOUT PREJUDICE. (Docs. 1, 2.)

3. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 24th day of March, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge

- 2 -